UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY- LONDON DIV.
CASE NO.: 6:04-CV-15 KKC

MICHAEL H. WEISSER     PLAINTIFF

V.

CP HAZARD ASSOCIATES LIMITED
PARTNERSHIP and WAL-MART REAL
ESTATE BUSINESS TRUST     DEFENDANTS

Eastern District of Kentucky
F I L E D
JUN 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

---

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

The Plaintiff, **Michael H. Weisser**, respectfully moves this court for summary judgment in his favor in this action. A memorandum of law in support of this motion is attached. Also, a proposed order accompanies this motion.

Respectfully submitted,

Farmer, Kelley, Brown, Williams & Breeding
502 West Fifth Street
P.O. Drawer 490
London, Kentucky 40743-0490
Telephone: (606) 878-7640
Facsimile: (606) 878-2364

BY: /s/ Bradford L. Breeding
JOHN F. KELLEY, JR.
BRADFORD L. BREEDING
HAROLD F. DYCHE, II
Counsel for Plaintiff, Michael H. Weisser

### CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was tendered for filing by mailing same, first class postage prepaid to the following:

FARMER,
KELLEY, BROWN,
WILLIAMS & BREEDING
ATTORNEYS AT LAW
FIFTH STREET • P.O. DRAWER 490
LONDON, KENTUCKY 40743-0490

U.S. District Court Clerk
310 S. Main Street, Room 215        Via Hand-Delivery
London, KY 40741

    I hereby certify that true and correct copies of the foregoing was served by mailing same, first class postage prepaid to the following:

John Woodall, Esq.
McBrayer, McGinnis, Leslie & Kirkland, PLLC
State Nat'l. Bank Bldg., Ste. 300
Frankfort, KY 40602-1100

W. Craig Robertson, III
Wyatt, Tarrant & Combs, LLP
250 W. Main Street, Ste. 1600
Lexington, KY 40507-1746

    This the 15th day of June 2004.

_____
Bradford L. Breeding, Esq.

BLB/cac: 061404 Memorandum in Support of Motion for Summary Judgment (Weisser v. CP Hazard Assoc. & Wal-Mart)

FARMER,
KELLEY, BROWN,
WILLIAMS & BREEDING
ATTORNEYS AT LAW
FIFTH STREET · P.O. DRAWER 490
LONDON, KENTUCKY 40743-0490

2